COM.

v.

**HARTLESS, J.**

**1578 MDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–67–CR–0005125–2014 (York)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

**GRAHAM, M.**

**1583 MDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–06–CR–0003377–2005, CP–06–CR–0003378–2005 (Berks)

Affirmed

COM.

v.

**SWEENEY, L.**

**1614 MDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–67–CR–0000504–2016 (York)

Affirmed

■

**COM.**

v.

**DAULTON, W.**

**179 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–02–CR–0000263–2015 (Allegheny)

Affirmed

■

**IN RE: ESTATE OF CHERUP, N.,**

**Appeal of: Cherup, L.**

**409 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

No. 02–15–4102 (Allegheny)

Quashed